John H. Isbester, Respondent, *v.* William Kidds et al., Appellants.

(Argued January 13, 1875; decided May term, 1875.)

The opinion in this case was not handed down.

*John H. Martindale* for the appellants.

*W. F. Cogswell* for the respondent.

Gray, C., reads for reversal.
All concur.
Judgment reversed.